No. 98–681. MONKS, AKA STAFFORD v. MASSIE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–685. ANDERSON ET AL. v. ANHEUSER-BUSCH COS., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–686. LEVENTHAL, AS SUCCESSOR TO PROVIDENCE CONSTRUCTION Co. v. BAUER. Ct. App. Ga. Certiorari denied.

No. 98–696. HORN v. BASSETT FURNITURE INDUSTRIES, INC. C. A. 8th Cir. Certiorari denied.

No. 98–698. ALDRIDGE ET AL. v. LILY-TULIP, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–699. BOYETT v. TROY STATE UNIVERSITY AT MONTGOMERY (TSUM) ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–700. GRAND RIVER DAM AUTHORITY ET AL. v. DALRYMPLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–702. LAWRENCE COUNTY ET AL. v. WILSON. C. A. 8th Cir. Certiorari denied.

No. 98–710. MARCUS ET AL. v. IOWA PUBLIC TELEVISION ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–712. STRASBURGER v. BOARD OF EDUCATION, HARDIN COUNTY COMMUNITY UNIT SCHOOL DISTRICT No. 1, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–716. NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES & TECHNICIANS ET AL. v. ABC, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–717. BYBEE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.